# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| Augustine Bonsu, <br> Plaintiff | : <br> : <br> : Civil Action No. 1-CV-05-2444 |
| v. | : (Judge Conner) <br> : |
| Jackson National Life <br> Insurance Company, <br> Defendant | : ELECTRONICALLY FILED <br> : <br> : |

## ORDER

**AND NOW**, this 14th day of August, 2006, upon consideration of Defendant Jackson National Life Insurance Company's Motion to Amend the Exhibit Appendix Submitted in Support of its Motion for Partial Summary Judgment, it is hereby ORDERED and DECREED that Jackson National's Motion is GRANTED. The Clerk of Court is directed to substitute the signed and notarized Affidavit of Scott D. Welling, Esquire for the original Exhibit "F" to Jackson National's Exhibit Appendix.

FILED
HARRISBURG
AUG 14 2006
MARY E. D'ANDREA, CLERK
Per_____ Deputy Clerk

BY THE COURT:

_____ J.