IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **AUGUSTINE BONSU,** | : CIVIL ACTION NO. 1:05-CV-2444 |
| Plaintiff | : (Judge Conner) |
| v. | : |
| **JACKSON LIFE INSURANCE,** | : |
| Defendant | : |

## ORDER

AND NOW, this 4th day of December, 2006, upon consideration of the motion (Doc. 34) by Attorney Autumn A. Walden to withdraw as counsel for plaintiff, Augustine Bonsu, averring that she is unable to represent plaintiff adequately because of the excessive time and expense the above-captioned action will require and the numerous court appointments in local criminal matters, see PA. RULES PROF'L CONDUCT R. 1.16(b)(6), (7); see also L.R. 83.23.2 (adopting Pennsylvania Rules of Professional Conduct) it is hereby ORDERED that:

1. Plaintiff, Augustine Bonsu, shall file on or before December 29, 2006, a response showing cause why the motion to withdraw (Doc. 34) should not be granted. If no response is filed, the court will grant the motion as unopposed and plaintiff will be designated as *pro se* pending the entry of appearance of new counsel.

2. Attorney Autumn A. Walden shall cause to be served upon plaintiff, Augustine Bonsu, a copy of the motion to withdraw (Doc. 34) and this order and file proof thereof with the court on or before December 15, 2006.

   S/ Christopher C. Conner
CHRISTOPHER C. CONNER
United States District Judge