IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **AUGUSTINE BONSU,** | : | CIVIL ACTION NO. 1:05-CV-2444 |
| | : | |
| Plaintiff | : | (Judge Conner) |
| | : | |
| v. | : | |
| | : | |
| **JACKSON LIFE INSURANCE,** | : | |
| | : | |
| Defendant | : | |

## ORDER

AND NOW, this 20th day of December, 2006, upon consideration of defendant's motion (Doc. 37) to stay the present case management deadlines (see Doc. 15) and schedule a case management conference, and the court finding that it would be inappropriate to schedule a case management conference given the pending motion (Doc. 34) by Attorney Autumn A. Walden to withdraw as counsel for plaintiff, it is hereby ORDERED that defendant's motion (Doc. 37) to stay is GRANTED in part as follows:

1. The pretrial and trial schedule in the above-captioned case is STAYED pending disposition of the partial motion for summary judgment (Doc. 21).

2. A revised pretrial and trial schedule shall issue by future order of court.

   S/ Christopher C. Conner
CHRISTOPHER C. CONNER
United States District Judge