# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **AUGUSTINE BONSU**, | : | CIVIL ACTION NO. 1:05-CV-2444 |
| Plaintiff | : | (Judge Conner) |
| v. | : | |
| **JACKSON LIFE INSURANCE**, | : | |
| Defendant | : | |

## ORDER

AND NOW, this 27th day of February, 2007, upon consideration of the motion for a stay of removal (Doc. 47), in which plaintiff requests a stay of deportation, and it appearing that plaintiff is an alien challenging a final administrative order of removal,[1] see 8 U.S.C. § 1252, that the instant motion should be filed in the United States Court of Appeals for the Third Circuit, see id. § 1252(b)(2) ("[A] petition for review [of an order of removal] shall be filed with the court of appeals for the judicial circuit in which the immigration judge completed the proceedings."), and that this court does not have jurisdiction to grant a stay of deportation, see id. at §§ 1252(b)(3)(B), (g), it is hereby ORDERED that the motion for a stay of removal (Doc. 47) is DENIED without prejudice.  See 8 U.S.C. §§ 1252(b)(3)(B), (g).

    S/ Christopher C. Conner
CHRISTOPHER C. CONNER
United States District Judge

---

[1] Plaintiff's alien number is A96 206 330.  The immigration proceedings at issue were concluded in York, Pennsylvania.