# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **AUGUSTINE BONSU**, | : | CIVIL ACTION NO. 1:05-CV-2444 |
| Plaintiff | : | (Judge Conner) |
| v. | : | |
| **JACKSON LIFE INSURANCE**, | : | |
| Defendant | : | |

## ORDER

AND NOW, this 20th day of October, 2008, upon consideration of plaintiff's motion in limine (Doc. 104), and it appearing that dispositive motions have not yet been filed, that the deadline for filing the same is November 2, 2008, (see Doc. 97), and that the resolution of any such motions could wholly dispose of the claims in the above-captioned matter, it is hereby ORDERED that the motion in limine (Doc. 104) is DENIED without prejudice to plaintiff's right to re-file it after issuance of the court's ruling on dispositive motions or, in the event that no such motions are filed, after expiration of the dispositive motion deadline.

    S/ Christopher C. Conner  
CHRISTOPHER C. CONNER  
United States District Judge