IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **AUGUSTINE BONSU**, | : | CIVIL ACTION NO. 1:05-CV-2444 |
| Plaintiff | : | (Judge Conner) |
| v. | : | |
| **JACKSON LIFE INSURANCE**, | : | |
| Defendant | : | |

## ORDER

AND NOW, this 4th day of November, 2008, upon consideration of defendant's motion (Doc. 111) to file exhibits under seal,[1] and it appearing that several exhibits contain personal data identifiers of private individuals, including social security numbers, home addresses and phone numbers, and alien identification numbers, see L.R. 5.2(d) (requiring parties to file documents under seal when the documents include social security numbers, names of minor children, dates of birth, and financial account numbers), it is hereby ORDERED that the Clerk of Court is directed to SEAL exhibits "A" through "RR," which are attached to defendant's motion for summary judgment (Doc. 109).

    S/ Christopher C. Conner
    CHRISTOPHER C. CONNER
    United States District Judge

---

[1] Defendant filed the motion to file exhibits under seal in conjunction with a motion for summary judgment (Doc. 109), and the exhibits that defendant seeks to seal are those attached to this summary judgment motion. If defendant's motion for summary judgment or its brief in support thereof contains unredacted personal data subject to Local Rule 5.2, defendant shall inform the Clerk of the Court to seal the relevant document and file a redacted version pursuant to Local Rule 5.2(e).